(May 23, 1977)

■ A. J. B. REALTY, INC., Appellant, v DOUGLAS C. COCHRAN et al., Respondents.—In an action to recover damages for breach of contract, plaintiff appeals from an order of the Supreme Court, Dutchess County, dated November 30, 1976, as modified by a further order of the same court, dated December 13, 1976, which, *inter alia,* granted defendants-respondents' motion for summary judgment. Order, as modified, affirmed, with $50 costs and disbursements. We hold that the determination of Special Term was properly made. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.